

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL MORGAN,<br><br>    Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent. | Case No. CV 05-1614-AG (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 30, 2008

                                                 ANDREW J. GUILFORD<br>
                                                 United States District Judge