# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

MICHAEL MORGAN,
Petitioner,
vs.
MIKE KNOWLES, Warden,
Respondent.

Case No. CV 05-1614-AG (JWJ)

ORDER ADOPTING SUPERSEDING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition filed herein and dismissing this action with prejudice.

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Superseding Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

DATED: SEPTEMBER 30, 2008

ANDREW J. GUILFORD
United States District Judge